AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Breyer, Charles R | 2. Court or Organization<br><br>N.D. of California | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Golden Gate Ave, 19th Fl<br>San Francisco, Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 22 A 10: 42 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | City Arts & Lectures, Inc - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Catholic University of America, Columbus School of Law | 03/09/07 - 03/10/07 | Washington D.C. | Professional Association | Meals, travel and hotel. |
| 2. | Pepperdine University | 03/14/07 - 03/15/07 | Malibu, California | Professional Association | Meals, travel and hotel |
| 3. | America College of Trial Lawyers | 04/15/07 - 04/19-07 | Williamsburg, Virginia | Professional Association | Meals, travel and hotel |
| 4. | Federal Judges Association | 05/05/07 - 05/07/07 | Arlington, Virginia | Professional Association | Meals, travel and hotel |
| 5. | Federal Bar Association, Tampa Bay | 05/24/07 - 05/25/07 | Salt Lake City, Utah | Professional Association | Meals, travel and hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

| 6. | American College of Trial Lawyers | 09/24/07 - 09/28/07 | Montreal / Ottawa, Canada | Professional Association | Meals, travel and hotel |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 11) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pan Pacific Properties (formerly WIRET) Common Stock | A | Dividend | | | Sell | 01/02 | J | A | |
| 2. Pacific Gas & Electric, common stock | A | Dividend | K | T | | | | | |
| 3. Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 4. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 5. Nike, common stock | A | Dividend | J | T | | | | | |
| 6. McClatchy Newspapers Common Stock | A | Dividend | | | Sell | 01/02 | J | A | |
| 7. Great Lakes Bancorp | B | Dividend | J | T | | | | | |
| 8. U.S. Bancorp, common stock | C | Dividend | K | T | | | | | |
| 9. ▆▆▆▆ Cabin, Norden, California | | None | J | W | | | | | |
| 10. Fresno Industrial Park (Formerly Rental) | | None | N | W | | | | | Still own, but no income |
| 11. Charles Schwab Cash Account (Trust #1) | A | Dividend | | | Matured | 01/02 | J | | Beneficiary distribution |
| 12. Charles Schwab Cash Account - Trust #2 | A | Dividend | | | Matured | 01/02 | J | | Beneficiary distribution |
| 13. Charles Schwab Cash Account - Trust #3 | A | Dividend | | | Matured | 01/02 | J | | Beneficiary distribution |
| 14. Trust #4 (Items 15/16) | | | | | | | | | |
| 15. CNA Life Insurance, Policy | | None | K | W | | | | | |
| 16. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 17. IRA (Items 18 - 36) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cheasapeake Core Grrowth | D | Dividend | M | T | | | | | |
| 19. Legg Mason Value | D | Dividend | M | T | Partial Sell | 02/16 | L | D | |
| 20. Longleaf Partners Fund | D | Dividend | M | T | | | | | |
| 21. Oakmark Select | D | Dividend | M | T | Partial Sell | 07/19 | L | C | |
| 22. Primecap Odysey Growth | B | Dividend | L | T | | | | | |
| 23. Selected American Shares | B | Dividend | M | T | | | | | |
| 24. FPA Capital Fund | D | Dividend | L | T | Partial Sell | 01/08 | K | B | |
| 25. Legg Mason Opportunity Trust | | None | L | T | | | | | |
| 26. Primecap Odeyssey Agg Growth | A | Dividend | M | T | | | | | Name correction |
| 27. Westport Select Cap Fund | E | Dividend | M | T | Partial Sell | 10/09 | L | B | |
| 28. Third Avenue Real Estate | D | Dividend | L | T | Buy | 02/16 | L | | |
| 29. Wintergreen | B | Dividend | M | T | Buy | 02/16 | M | | |
| 30. Harbor Int'l Fund | D | Dividend | M | T | | | | | |
| 31. Third Avenue Int'l Fund | E | Dividend | M | T | | | | | |
| 32. FPA New Income Fund | E | Dividend | N | T | | | | | |
| 33. Pimco Total Return Class D | B | Dividend | K | T | Buy | 06/25 | J | | |
| 34. Pimco Total Return Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Asset Core Plus | D | Dividend | M | T | Buy | 07/19 | L | | |
| 36. Merger Fund | D | Dividend | M | T | | | | | |
| 37. Investment Cash Reserve | A | Dividend | J | T | | | | | |
| 38. Artisan Midcap Fund | | None | | | Sell | 01/02 | J | A | |
| 39. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 40. Wells Fargo Bank, San Francisco, Calfiornia | A | Interest | J | T | | | | | |
| 41. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 42. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 43. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 44. 392 Fallon Street, G.P. | | None | | | Matured | 12/31 | K | A | |
| 45. Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 46. Select American Shares | A | Dividend | J | T | | | | | |
| 47. Schroder Muni Bond | B | Dividend | J | T | | | | | |
| 48. Schroder Short Term Bond | A | Dividend | J | T | | | | | |
| 49. Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 50. Westport Select Funds | | None | J | T | Buy | 01/02 | J | | |
| 51. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Bacharach - Raphael Note | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544